# Exhibit A

Trevor Hardaway

    Plaintiff

, VS

**Civil Action**

File No: 15CV1172 - 6

DeKalb County

Jeffrey L. Mann, Sheriff

Thomas E. Brown, Sheriff

De Shay Dickerson as a Deputy Sheriff with DeKalb

County, in his official and Individual Capacities and

Charles Dix as a Deputy Sheriff with DeKalb County, in

his official and individual capacities.

    DEFENDANTS

## PLAINTIFF's- COMPLAINT FOR MALICIOUS PROSECUTION AND DAMAGES

Comes Now, Plaintiff Hardaway and files his complaints against these Defendants and show as follows:

### PRELIMINARY STATEMENT

This is an action pursuant to 42 U.S.C. *1983 for deprivation of Federal and State constitutional rights secured to the Plaintiff by the Fourth Amendment and Fourteenth Amendment to the United States constitution and for Georgia state laws claims arising out the same conduct and circumstances.

## JURISDICTION AND VENUE

**1.**

This Court has jurisdiction pursuant to **28 U.S.C.. \*1331 AND \*1343 (a)(3)** as the Federal claims and brought under **42 U.S.C. \*1983**. Venue is proper pursuant to **28 U.S.C. \*139(b)**, as all or some of the parties reside in the Northern District of Georgia and the events giving rise to the claims occurred in this District. The Court has supplemental jurisdiction over the Plaintiff's state law claims pursuant to **28 U.S.C.\*1367(a)**, as the claims arise out of the same nucleus of operative facts.

## THE PARTIES

**2.**

The Plaintiff, Trevor Hardaway, is a black male citizen who at all times relevant reside in Decatur, Georgia, DeKalb County and who at all times enjoyed the rights enumerated under the constitution of Georgia and of the United States.

**3.**

Defendant DeKalb County is a body organized under the laws of the State of Georgia.

**4.**

Defendant Thomas E. Brown was at times pertinent to the action giving use to this complaint the DeKalb County Sheriff with the responsibility for hiring, training, disciplining and supervising deputies under his charge.

**5.**

Defendant Jeffery Mann is the DeKalb County Sheriff, and is responsible for the hiring, training, discipline and supervising the deputies under his change.

**6.**

Deputy De Shay Dickerson and Deputy Charles Dix were at times pertinent to the actions giving rise to the complaint were employed by the DeKalb County Sheriff and acting in the scope of their employment.

**7.**

All of the individual Defendants may be served by delivering a copy of the complaint and summons to them at their place of employment, to wit: DeKalb County Sheriff Office, DeKalb County, Georgia.

**8.**

DeKalb County may be served through Lee N. May, Executive Office of DeKalb County @1300 Commerce Drive, Decatur, GA. 30030.

### FACTUALS ALLEGATIONS

**9.**

On Jan. 1, 2013 the Plaintiff and Kristin Calhoun had stopped at the QT Gas Station at 3830 North Decatur Rd., Ga. 30032 to purchase gas for the vehicle.

**10.**

While sitting at pump 12 before the Plaintiff exited the vehicle to pump the gas, Kristin told the Plaintiff that she was going to get out and walk home and reached for the door handle.

**11.**

The Plaintiff reached over her with his arm across her shoulders and took hold of the door to keep her from getting out the car.

**12.**

As they continued to discuss Kristin walking home, Plaintiff continued to hold the door to keep her in the car.

## DEFENDANTS DICKERSON AND DIX APPEARED AT THE PLAINTIFF'S VEHICLE

**13.**

The Plaintiff heard a knock on his window and looked to see two DeKalb County Sheriff Deputies standing at the window.

**14.**

The Plaintiff acknowledged the officers and when they asked him to exited the vehicle, he attempted to opened the door but one of the officers were standing so close to the car that the door would not open.

**15.**

The officers did not speak to Kristin nor did they ask her to exit the car, infact they did not speak to Kristin at all until the Plaintiff had been arrested..

**16.**

Once the deputies move of off the door the Plaintiff was able to open the door, but did not get out the car.

**17.**

During the time the Officers were engaging the Plaintiff, Kristin was sitting right next to him and at no time did she make an out cry to the Officers for help.

**18.**

The Plaintiff pushed the door slowly open as the two officers moved back.

**19.**

Once he was out the car, one of the officers asked him for his driver's license. At that time the Plaintiff ask the officer why they wanted his " License ."

**20.**

As he reached for his license he said, "always messing with people."

4

**21.**

Before the Plaintiff could get his driver's license out to show the officers one of them said "You

are a smart ass, huh!" The next thing the Plaintiff knew he was on the ground and both officers were

Both of them grabbed hold of the Plaintiff and threw him to the concrete face first.

**22.**

As the Plaintiff's face struck the concrete blood gushed from his mouth.

**23.**

Once he was on the ground both of the officers pounced on him and held him in the pavement.

**24.**

After they had handcuffed him, one of the officers put his knee on the Plaintiff back and neck.

**25.**

While the Plaintiff was on the pavement he could feel his face wet from his blood.

**26.**

At no time did the plaintiff strike or touch either of the deputies, they threw him to the

paveme t because he said "Always fucking with people."

**TRANSPORTED TO JAIL**

**27.**

The EMS came and checked the Plaintiff and they wiped the blood from his face and then

cleared him to be taken to the jail.

**28.**

The Plaintiff was booked into the jail before anyone ever told him what he had done or what

charges were being filed against him.

5

**29.**

The Plaintiff complained about pain in his mouth and jaws to anyone who would listen.

**30.**

Later on Jan. 1, 2013, the Plaintiff was taken from the DeKalb County jail to Grady Hospital

where he learned his jaw was broken in three places.

### GRADY HOSPITAL

**31.**

The Plaintiff arrived at Grady Hospital at 05:05.

**32.**

The Plaintiff complained of jaw pain and unable to fully move his mouth, pain goes all the way to

the back of his neck.

**33.**

Plaintiff was told by the doctor at Grady Hospital that his jaw was fractured in three places and

that there were some displacement in his jaw.

**34.**

The Plaintiff was given Vicodin to control his pain.

**35.**

The Plaintiff underwent surgery at Grady to correct his broken jaw. His jaw was wired closed.

**36.**

The Plaintiff could only tolerate liquid diet such as Ensure and Boost.

**37.**

The Plaintiff was discharged from Grady Hospital to the Sheriff deputy from DeKalb County on

Jan. 4, 2013 and taken back to jail.

**38.**

As of Jan. 4, 2013, the Plaintiff had never been told what he had done or what charges were filed against him.

## CRIMINAL CHARGES

**39.**

Once the Plaintiff was back at the jail he learned that he had been charged with:

(a) Battery, Family violence

(b) Battery, Family Violence

(c) Battery

(d) Battery

(e) Simple Battery

(f) Simple Battery

(g) Simple Battery

(h) Simple Battery

(I) Disorderly Conduct

(J) Public Drunkenness

(K) Obstruction of an officer

## PLAINTIFF'S CRIMINAL CHARGES NOLLE PROSEQUI AND REACTIVATED

**40.**

The charges against the Plaintiff were Nolle PROSEQUI on October 14, 2013.

**41.**

The State Nolle Prosequi the charges stating that the State witness failed to appear for trial after having been noticed to appear and that the State had insufficient evidence to prove guilty beyond a reasonable doubt.

**42.**

The State identified its witness and Kristin Calhoun and she was in court on the day the case as Nolle Prosequi.

**43.**

The Plaintiff was in court and ready to go to trial.

**44.**

On Feb. 11, 2014 the Assistant Solicitor filed a motive that the Plaintiff's case would be Reactivated.

**45.**

The Reactivation Notice stated that the victim Kristin Calhoun is now cooperating with the solicitor's officer. The State can now go forth to prove the case beyond a reasonable doubt.

## WHAT SHERIFF BROWN AND SHERIFF MANN KNEW ABOUT DEFENDANT DIX PRIOR TO JANUARY 1, 2013

**46.**

The Sheriff Defendants knew prior to the time of the Plaintiff's seizure and prosecution the Plaintiff that the Defendants Dickerson and Dix would give false statements in securing warrants, use excessive force and violate the Sheriff's office Policy and Procedures

**47.**

The Defendants Sheriffs of DeKalb County knew long before the incident with the Plaintiff that Defendant Dix had the propensity to use excessive force on inmates/citizens in his custody. Knowing that Defendant Dix's propensity to used excessive force did not concern them enough to take any corrective action to prevent Dix's conduct.

8

**48.**

Chief Deputy Louis Graham's letter dated July 13,2001 to defendant Charles Dix.

**49.**

Marcia Brooks of Georgia Peace Officers Standard and Training Council, letter dated June 2, 2003 to Charles Dix explaining that his jail officer's certification had been placed on probation for thirty six months along with a public reprimand effective Jan. 17, 2003.

**50.**

The DeKalb County Sherriff's officer received a copy of Ms. Brooks' letter.

**51.**

Chief Chatham's' letter to Chief Deputy Mann dated Jan. 9, 2007, in which he explains to Chief Deputy Mann that OPS had found and sustained that defendant Dix used excessive force against an inmate and that Chief Cheatham recommend that Dix be suspended without pay for 8 1/2 hours for the use of excessive force.

**52.**

Sheriff Brown's letter to Deputy Dix dated August 12, 2013, in which he notices Dix that he intends to suspend him for 8.5 hours without pay for violating policy #004-001; code of conduct "Neglect of Duty."

**53.**

Sheriff Brown states in his letter "A review of your past employment history reflects bad choices by you in the area of use of force towards persons in your custody."

**54.**

Chief Cheatham's letter dated April 30, 2004 to Detention Officer Charles Dix concerning his use of force on April 2, 2004 against inmate Michael Elam.

**55.**

Chief Cheatham continued by saying "An officer of your tenure and training is expected to make better decisions and follow procedures."

**56.**

Chief Deputy Mann's letter to Detention Officer Charles Dix dated Feb. 1, 2007 notifying Dix that he would be suspended for 8.5 hours.

**STAEMENT DEFENDANT DICKERSON AND DIX TOOK FROM KRISTIN CALHOUN**

**57.**

Neither Defendant Dickerson or Defendant Dix even questioned Kristin Calhoun about the Plaintiff committing battery or family violence against her.

**58.**

Neither Defendant Dickerson nor Defendant Dix provided any aid to Kristin Calhoun.

**59.**

Although, Defendant Dix writes in his report, that Kristin Calhoun appeared to be unconscious, he nor Defendant Dickerson spoke to her or provide her any aide.

**60.**

After the Defendant Dickerson and Dix had thrown the Plaintiff to the ground and broke his jaw, they decided to take a written statement from Kristin Calhoun.

**61.**

Kristin Calhoun statement which is undated:

" We were arguing because I wanted to leave him, he got upset and said I wasn't going anywhere. When the officers walked up to the car they say his arms around my neck."

**76.**

As a proximate result of the above described conduct these Defendants, they caused the Plaintiff to suffer and he will suffer in the future because of these Defendants' unlawful conduct, including extreme emotional distress and other injuries.

**77.**

Wherefore; Plaintiff Hardaway demands judgment against the Defendants jointly and severally, for compensatory and punitive damages in a sum in excess of $100,000.00 plus the cost of this action and attorney fees.

## STATE LAW CLAIM

### III MOLITIOUS PROSECUTION O.C.G.A. 51-7-40

**78.**

These Defendants caused the Plaintiff to be seized and prosecuted by preparing and signing a criminal complaint for the Plaintiff arrest that resulted in his prosecution without probable cause and with malice.

**79.**

Wherefore; Plaintiff Hardaway demands judgment against these Defendants jointly and severally for compensatory and punitive damages in a sum in excess of $500,000.00 plus.

Cost of this litigation and attorney fees

Wherefore: Plaintiff

(1) That these Defendants are several according to laws.

(2) That he be awarded compensatory damages

(3) That he be awarded special damages.

(4) That he be awarded cost of this litigation including attorney fees.

(5) That he be awarded punitive damages

**(6)** That he be award other relief as this court doors fair and just.

Respectfully submitted

(s) C.VICTOR LONG

Attorney for Plaintiff

State Bar #4569SD

P.O. Box 310428

Atl. Ga. 30331

(404)-349-4303 ph

(404)-399-6866 fx

FILED
2015 JUL -7 AM 3:35
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

Trevor Hardaway

    Plaintiff

VS

                                     Civil Action

                                     File No: 15CV7172-4

DeKalb County

Jeffrey L. Mann, Sheriff

Thomas E. Brown, Sheriff

De Shay Dickerson as a Deputy Sheriff with DeKalb

County, in his official and Individual Capacities and

Charles Dix as a Deputy Sheriff with DeKalb County, in

his official and individual capacities.

       DEFENDANTS

## PLAINTIFF's REQUEST TO ADMIT TO DEFENDANTS DICKERSON AND DIX

Comes Now, Plaintiff Hardaway and files his request to admit to the named Defendants and shows as follows:

**1**

Please admit that on January 1, 2013 you were employed by DeKalb County Sheriff as a deputy sheriff.

**2.**

Please admit that on January 1,2013 when you approached the Plaintiff you were acting as a deputy sheriff of DeKalb County and carrying out the duties of DeKalb County.

**3.**

Please admit that Ms. Calhoun did not call you for assistance of protecting her from the Plaintiff.

**4.**

Please admit that at no time did the Plaintiff assaulted or attacked you.

**5.**

Please admit that you received no injuries during the arrest of the Plaintiff.

**6.**

Please admit that you did not offer any medical assistance to Ms. Calhoun.

**7.**

Please admit that Ms. Calhoun did not tell you at the time that you engaged the Plaintiff, that he had choked her.

**8.**

Please admit that Ms. Calhoun did not tell you at the time you engaged the Plaintiff that he had committed a battery against her.

**9.**

please admit that Ms. Calhoun did not tell you at the time you engaged the Plaintiff that he had committed Family Violence Battery against her.

**10.**

Please admit that no one complained to you that the Plaintiff was drunk in public on January 1, 2013.

**11.**

Please admit that after you arrested the Plaintiff, he was seen by the EMS and then taken to the DeKalb County Jail.

12. Please admit that it was only after you had arrested the Plaintiff did you take a statement from Ms. Calhoun.

### 13.

Please admit that there is no mention in Ms. Calhoun's written statement that the Plaintiff had harmed her in anyway.

### 14.

Please admit that the only statement you took from Ms. Calhoun was on the date you arrested the Plaintiff.

### 15.

Please admit that on January 1, 2013 the Plaintiff did not attempt to flee when you approached him.

### 16.

Please admit that you witnessed blood coming from the Plaintiff's mouth after he had been taken to the ground.

### 17.

Please admit that prior to January 1, 2013 you had been investigated for using excessive force against someone in your custody or care.

### 18.

Please admit that because of your conduct POST placed your officer's certification on probation for 36 months.

### 19.

Please admit that in January of 2007 Chief Chatham recommend that you be suspended for using excessive force against an inmate.

### 20.

Please admit that August 12, 2013, eight months after you arrested the Plaintiff you received a letter

from Sheriff Brown that you were being suspended for violating policy "code of conduct, **NEGLECT OF**

**DUTY.**

### 21.

Please admit that you testified against the Plaintiff at his criminal trial.

### 22.

Please admit that inspire of your testimony the jury acquitted the Plaintiff of all nine charges he

was tried for.

### 23.

Please admit that you were not punished in any way for making these false charges against the

Plaintiff.

### 24.

Please admit that you were aware of the possible sentence  (years) the Plaintiff was subject to

when you made the nine charges against him.

### 25.

Please admit that you are aware that as a result of the Plaintiff being thrown to the concrete by

you, he suffered , his jaw broken in three places.

### 26.

Please admit that you are aware that  the Plaintiff's jaw had to be wired  for more than thirty

days.

Respectfully submitted

(s) C.VICTOR LONG

Attorney for Plaintiff

State Bar #4569SD

P.O. Box 310428

Atl. Ga. 30331

(404)-349-4303 ph

(404)-399-6866 fx

FILED
2015 JUL -7 AM 3: 34
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

CAFN: 15-CV-7123-6

# DUPLICATE



## Law Department
O.V. Brantley
County Attorney

[stamp: CLERK OF SUPERIOR COURT DEKALB COUNTY GA 2015 JUL 17 PM 4: 14]

Interim Chief Executive
Officer
Lee May

Board of Commissioners

District 1
Nancy Jester

District 2
Jeff Rader

District 3
Larry Johnson

District 4
Sharon Barnes Sutton

District 5

District 6
Kathie Gannon

District 7
Stan Watson

TO: All Superior and State Court Judges, Clerks of Court, and Counsel of Record

FROM: Kendric E. Smith
Senior Assistant County Attorney

RE: Notice of Leave of Absence August 10-24, 2015

DATE: July 17, 2015

Comes now Kendric E Smith and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform State and Superior Court Rules 16.

The period of leave during which time Applicant will be away from the practice of law is: **August 10, 2015, through August 24, 2015.** The purpose of the leave is annual vacation, during which time I will be out of the country.

All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

Sincerely,

KENDRIC E. SMITH
State Bar of Georgia No. 661200
Senior Assistant County Attorney
(404) 371-3011 (main no.)
(404) 371-6374 (direct no.)
kesmith@dekalbcountyga.gov

KES:kes
Copies: To all judges, clerks and counsel of record on Exhibit "A"

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing **Notice of Leave of Absence** upon all clerks, judges, and opposing counsel listed on the attached Exhibit A, by depositing same in the United States Postal Service in an envelope with sufficient postage affixed to ensure delivery, or by hand delivery, addressed to them as shown on Exhibit A.

This 17th day of July, 2015.

KENDRIC E. SMITH
Senior Assistant County Attorney
State Bar of Georgia No. 661200

DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030

(404) 371-3011 (main no.)
(404) 371-6374 (direct no.)
kesmith@dekalbcountyga.gov

<u>EXHIBIT "A" to Leave of Absence for August 10-24, 2015</u>

| Name of Case<br>Case Number | Name of Judge<br>Name of Clerk<br>Court/County | Opposing Counsel |
|---|---|---|
| ROBERT EDWARD JOHNSON, HOWARD KRINSKY, AND KENNETH YOUNG<br>v.<br>DEKALB COUNTY, GEORGIA, AND JOHN DOES 1, 2, AND 3<br><br>CAFN: 07-CV-12468-8 | Judge Linda Warren Hunter<br>Debra DeBerry<br>DeKalb County Superior Court | Stuart Teague, Esq.<br>James Stuart Teague, P.C.<br>110 Samaritan Drive<br>Suite 109<br>Cumming, GA 30040 |
| ROBERT V. NORTHROP<br>v.<br>DEKALB COUNTY BOARD OF TAX ASSESSORS<br><br>CAFN: 15-CV-4927-8 | Judge Linda W. Hunter<br>Debra DeBerry<br>DeKalb County Superior Court | Robert V. Northrop<br>2606 Windwood Court<br>Dunwoody, GA 30360-1446 |
| STANLEY MUHAMMED a/k/a STANLEY HENRY<br>v.<br>KEITH B. LEWIS, Individually and in Official Capacity<br><br>CAFN: 2010-SV-1325 | Judge Nancy N. Bills<br>Ruth A. Wilson<br>State Court of Rockdale County | Stanley Muhammad, Pro Se<br>PO Box 205<br>Red Oak, GA 30272<br><br>H.J.A. Alexander, Esq.<br>Alexander Law Firm<br>2160 High Point Trail<br>Atlanta, GA 30331 |
| WESTFIELD HOMEOWNERS ASSOCIATION, INC. and DR. DAVID WARFIELD<br>v.<br><br>DEKALB COUNTY, GEORGIA, and TED RHINEHART, Director Of Public Works Department<br><br>CAFN: 11-CV-9580-9 | Judge Mark Anthony Scott<br>Debra DeBerry<br>DeKalb County Superior Court | Linda Dunlavy, Esq.<br>Dunlavy Law Group, LLC<br>1026B Atlanta Avenue<br>Decatur, GA 30030 |

1

| | | |
|---|---|---|
| DEKALB COUNTY BOARD OF TAX ASSESSORS v. WILDWOOD AT STONE MOUNTAIN LP C/O RANCK & ASSOCIATION INC. 3920 PEACHTREE-DUNWOODY RD NE ATLANTA, GA 30342<br><br>CAFN: 14-CV-10880-9 | Judge Mark Anthony Scott Debra DeBerry DeKalb County Superior Court | Kendrick E. Smith, Esq. JONES DAY 1420 Peachtree Street, N.E. Suite 800 Atlanta, GA 30309 |
| OPTIMA INTERNATIONAL, INC. 10 SARATOGA DRIVE LAWRENCEVILLE, GA 30044 v. DEKALB COUNTY BOARD OF TAX ASSESSORS<br><br>CAFN: 13-CV-7920-9 Parcel I.D. # 15-167-11-061 | Judge Mark Anthony Scott Debra DeBerry DeKalb County Superior Court | Optima International, Inc. 10 Saratoga Dr. Lawrenceville, GA 30044 |
| SUSAN M. OR MITCHELL P. HOUSE 158 RIDLEY LANE DECATUR, GA 30030-2909 v. DEKALB COUNTY TAX ASSESSORS<br><br>CAFN: 13-CV-6905 Parcel I.D. No. 15-236-01-183 | Judge Mark Anthony Scott Debra DeBerry DeKalb County Superior Court | Susan M. or Mitchell P. House 158 Ridley Lane Decatur, GA 30030-2909 |
| WILLIAM HEATH, JR. v. DEKALB COUNTY<br><br>CAFN: 11-A-36098-3 | Judge Wayne M. Purdom Melanie F. Wilson DeKalb County State Court | G. Christopher Olson, Esq. Martin & Jones, PLLC 410 Glenwood Avenue Suite 200 Raleigh, NC 27603 |

| | | |
|---|---|---|
| ANDREW TAVOLACCI and KATHRYN TAVOLACCI, and UNITRIN AUTO AND HOME INSURANCE COMPANY v. DEKALB COUNTY<br><br>CAFN: 11-A-36415-3 | Judge Wayne M. Purdom<br>Melanie F. Wilson<br>DeKalb County State Court | Larry E. Stewart, Esq.<br>Larry Stewart & Associates<br>485 South Perry Street, Suite B<br>Lawrenceville, GA 30046<br><br>C. Lee Davis, Esq.<br>Timothy W. Bailey, Esq.<br>Bailey, Davis & Brown, LLC<br>506 Roswell Street<br>Building 200, Suite 230<br>Marietta, GA 30060<br><br>Benjamin F. Gallagher, Esq.<br>Gallagher Law Firm<br>3252 Rice Street<br>Saint Paul, MN 55126 |
| WINTERS CHAPEL BAPTIST CHURCH, INC. v. DEKALB COUNTY, GEORGIA and S. J. LOUIS CONSTRUCTION, INC.<br><br>CAFN: 12-A-44814-6 | Judge Dax Lopez<br>Melanie F. Wilson<br>DeKalb County State Court | George E. Duncan, Jr., Esq.<br>Gwendolyn D. Havlik, Esq.<br>DENNIS, CORRY, PORTER & SMITH, L.L.P.<br>3535 Piedmont Road, NE<br>14 Piedmont Center, Suite 900<br>Atlanta, Georgia 30305-4611<br><br>Larry E. Stewart, Esq.<br>485 S. Perry Street, Suite B<br>Lawrenceville, GA 300045<br><br>Forrest S. Fields, Jr., Esq.<br>Sr. Assistant County Attorney<br>Gwinnett County Law Dept.<br>Gwinnett Justice & Administration Center<br>75 Langley Drive<br>Lawrenceville, GA 30046 6935 |

| | | |
|---|---|---|
| PHILIP O'DELL<br>v.<br>DEKALB COUNTY,<br>GEORGIA<br><br>CAFN: 13-A-48030-2 | Judge Stacey Hydrick<br>Melanie F. Wilson<br>DeKalb County State Court | Brent J. Savage, Esq.<br>Brent J. Savage, Jr., Esq.<br>Savage, Turner, Pinckney &<br>Madison<br>304 East Bay Street<br>P.O. Box 10600<br>Savannah, GA 31412 |
| DON MIXON<br>v.<br>DEKALB COUNTY,<br>GEORGIA<br><br>CAFN: 13-CV-2940-1 | Judge Courtney L. Johnson<br>Debra DeBerry<br>DeKalb County Superior Court | James K. Creasy, Esq.<br>Gillis & Creasy, LLC<br>2 Ravinia Drive<br>Suite 650<br>Atlanta, GA 30346<br><br>Christopher J. Diwan, Esq.<br>Diwan Law, LLC<br>2 Ravinia Drive<br>Suite 650<br>Atlanta, GA 30346 |
| LSREF2 CLOVER<br>PROPERTY 6, LLC<br>v.<br>DEKALB COUNTY BOARD<br>OF TAX ASSESSORS<br><br>CAFN: 15-CV-1648-1 | Judge Courtney L. Johnson<br>Debra DeBerry<br>DeKalb County Superior Court | Hugh C. Wood, Esquire<br>Wood & Meredith, LLC<br>3756 LaVista Road<br>Suite 250<br>Tucker, GA 30084<br><br>Mr. Jeff Farmer,<br>Authorized Agent for<br>LSREF2 CLOVER<br>PROPERTY 6 LLC<br>Paradigm Tax Group<br>3576 La Vista Road<br>Suite 200<br>Tucker, GA 30084 |
| DeKalb County Board of Tax<br>Assessors<br>v.<br>Shamrock Storage LLC<br><br>CAFN: 15-CV-4370-1 | Judge Courtney L. Johnson<br>Debra DeBerry<br>DeKalb County Superior Court | Michael P. Fitzgerald,<br>Registered Agent<br>Shamrock Storage, LLC<br>2572 Lawrenceville, Hwy.<br>Decatur, GA 30033 |
| NORTH DEKALB<br>PARTNERS, LTD<br>v.<br>DEKALB COUNTY BOARD<br>OF TAX ASSESSORS | Judge Courtney L. Johnson<br>Debra DeBerry<br>DeKalb County Superior Court | Kevin Watters, Esq.<br>The Watters Law Firm, LLC<br>2900 Chamblee Tucker Road<br>Building 14, Suite 200<br>Atlanta, GA 30341 |

| | | |
|---|---|---|
| DEKALB COUNTY BOARD OF TAX ASSESSORS<br>v.<br>CSM BAKERY PRODUCTS NA INC<br>1928 MONTREAL RD<br>TUCKER, GEORGIA 39984<br><br>CAFN: 15-CV-6552-1 | Judge Courtney Johnson<br>Debra DeBerry<br>DeKalb County Superior Court | CSM BAKERY PRODUCTS NA INC<br>1928 MONTREAL RD<br>TUCKER, GEORGIA 39984 |
| OPHELIA LEE-FERGUSON<br>v.<br>DEKALB COUNTY, GEORGIA<br><br>CAFN: 14-CV-4789-5 | Judge Gregory A. Adams<br>Debra DeBerry<br>DeKalb County Superior Court | Kevin A. Leipow, Esq.<br>The Law Firm of Kevin A. Leipow, P.C.<br>170 Mitchell St., S.W.<br>Atlanta, GA 30303 |
| WILLIAM B. FOKES, III<br>v.<br>DEKALB COUNTY TAX ASSESSORS<br><br>CAFN: 14-CV-9731-5 | Judge Gregory A. Adams<br>Debra DeBerry<br>DeKalb County Superior Court | David J. Reed<br>1503 Bombay Lane<br>Oakbrook Centre<br>Roswell, GA 30076 |
| DEVELOPMENT AUTHORITY OF DEKALB<br>v.<br>DEKALB COUNTY TAX ASSESSORS<br><br>CAFN: 12-CV-8522-5<br>Parcel I.D. # 16 170 01 036 | Judge Gregory A. Adams<br>Debra DeBerry<br>DeKalb County Superior Court | Steven A. Pickens, Esq.<br>Mahaffey Pickens Tucker, LLP<br>1550 North Brown Road<br>Suite 125<br>Lawrenceville, GA 30043 |
| REBECCA PAGE and MICHAEL PAGE<br>v.<br>CITY OF BROOKHAVEN, GEORGIA and,<br>THE COUNTY OF DEKALB, GEORGIA<br><br>CAFN: 14-CV-7248-6 | Judge J.P. Boulee<br>Debra DeBerry<br>DeKalb County Superior Court | Clint W. Sitton, Esq.<br>Richard Kopelman, Esq.<br>3405 Piedmont Road, N.E.<br>Suite 500<br>Atlanta, GA 30305<br><br>Andrew J. Whalen, III, Esq.<br>100 South Hill Street<br>Suite 524<br>Griffin, GA 30223 |
| TREVOR HARDAWAY<br>v.<br>DEKALB COUNTY, SHERIFF JEFFREY L. MANN, SHERIFF THOMAS E. BROWN, DE SHAY DICKERSON as a Deputy | Judge J.P. Boulee<br>Debra DeBerry<br>DeKalb County Superior Court | C. Victor Long, Esq.<br>P.O. Box 310428<br>Atlanta, GA 30331 |

| | | |
|---|---|---|
| Sheriff with DeKalb County, in his official and individual Capacities and CHARLES DIX as a Deputy Sheriff with DeKalb County, in his official and individual capacities<br><br>CAFN: 15-CV-7172-6 | | |
| PHYLCO HOLDINGS LLC<br>v.<br>DEKALB COUNTY BOARD OF TAX ASSESSORS<br><br>CAFN: 14-CV-10453-6 | Judge J.P. Boulee<br>Debra DeBerry<br>DeKalb County Superior Court | Carolina Dalla Bryant, Esq.<br>Ayoub & Mansour, L.L.C.<br>Attorneys at Law<br>675 Seminole Avenue<br>Atlanta, GA 30307 |
| SNAPFINGER CREEK, LLC<br>v.<br>DEKALB COUNTY, GEORGIA<br><br>CAFN: 14-CV-7678-4 | Judge Gail C. Flake<br>Debra DeBerry<br>DeKalb County Superior Court | Kelly Michael Hundley<br>Kelly Michael Hundley, LLC<br>Two Ravinia Drive, Suite 500<br>Atlanta, GA 30346 |
| LAWRENCE D. JACKSON and ERIC L. CLARK<br>v.<br>DEKALB COUNTY WATERSHED MANAGEMENT<br><br>CAFN: 14-CV-10271-2 | Judge Asha F. Jackson<br>Debra DeBerry<br>DeKalb County Superior Court | Mr. Lawrence D. Jackson<br>3689 Deer Springs Trail<br>Ellenwood, GA 30294 |
| ALLIANCE PP LIMITED PARTNERSHIP AND COLONY GFI LLC<br>v.<br>DEKALB COUNTY BOARD OF TAX ASSESSORS<br><br>CAFN: 12-CV-9886<br>Parcel I.D. # 18-124-01-101<br>Parcel I.D. # 18-124-01-108 | Judge Asha F. Jackson<br>Debra DeBerry<br>DeKalb County Superior Court | Kevin Watters, Esq.<br>The Watters Law Firm, LLC<br>5447 Roswell Road<br>Atlanta, GA 30342 |
| Druid Hills Storage LTD<br>v.<br>DeKalb County Board of Tax Assessors<br><br>CAFN: 15-CV-1682-2<br><br>Parcel I.D. No. 18 102 03 005 | Judge Asha F. Jackson<br>Debra DeBerry<br>DeKalb County Superior Court | Mr. Hugh C. Wood<br>Wood & Meredith<br>3756 LaVista Road, Suite 250<br>Tucker, GA 30084 |

| | | |
|---|---|---|
| IDRISSA GAYE<br>v.<br>MAGISTRATE JUDGE<br>PHYLLISS R. WILLIAMS<br>and<br>NAJARIAN CAPITAL LLC<br><br>CAFN: 15-CV-4816-3 | Judge Clarence F. Seeliger<br>Debra DeBerry<br>DeKalb County Superior Court | Idrissa Gaye<br>4786 Golod Way<br>Lithonia, GA 30038<br><br>Najarian Capital, LLC<br>1200 Pennsylvania Ave<br>McDonough, GA 30253<br><br>Kane St. John<br>2164 Pawnee Drive<br>Marietta, GA 30067 |
| BARBARA PARSON<br>v.<br>JESSIE PARSON, DESIREE<br>PEAGLER, JENNIFER<br>WATTS, CHAMBLEE<br>POLICE DEPARTMENT,<br>MARTA, OFFICE OF CHILD<br>ADVOCATE, WALMART,<br>JUDGE BARWICK,<br>DEKALB COUNTY, and<br>STATE OF GEORGIA<br><br>CAFN: 15-CV-6801-3 | Judge Clarence Seeliger<br>Debra DeBerry<br>DeKalb County Superior Court | Barbara Parson<br>283 Fletcher Street<br>Atlanta, GA 30315 |
| JAMES E. BROWN and<br>STEPHEN R. GOLDEN<br>v.<br>DEKALB COUNTY,<br>GEORGIA<br><br>CAFN: 15-CV-4851-10 | Judge Tangela Barrie<br>Debra DeBerry<br>DeKalb County Superior Court | Martin A. Shelton<br>Ashley M. van der Lande<br>Weissman, Nowack, Curry &<br>Wilco, P.C.<br>One Alliance Center, 4th<br>Floor<br>3500 Lenox Road<br>Atlanta, GA 30326 |
| DEKALB COUNTY BOARD<br>OF TAX ASSESSORS<br>v.<br>AGNL PASTRY LLC<br>1912 MONTREAL RD<br>TUCKER, GEORGIA 30084<br><br>CAFN: 15-CV-6553-10 | Judge Tangela Barrie<br>Debra DeBerry<br>DeKalb County Superior Court | AGNL PASTRY LLC<br>1912 MONTREAL RD<br>TUCKER, GEORGIA 30084 |
| STEPHEN EDWIN COX,<br>v.<br>DEBRA DEBERRY, an<br>individual in her<br>private and Commercial<br>capacities | Judge Johnny Panos<br>Melanie F. Wilson<br>DeKalb County State Court | Stephen Edwin Cox, Pro Se<br>3877 Cherry Ridge Blvd<br>Decatur Georgia 30034 |

| | | |
|---|---|---|
| CAFN: 15-A-55964-4 | | |
| KATHY HAPP, MOTHER OF SAGE HAPP-WILLIAMS v. SERGEANT BRYAN L. DANNER, OFFICER MICHAEL D. CREWS, AND, OFFICER GERAMIE M. WILSON | Judge Johnny Panos Melanie F. Wilson DeKalb County State Court | G. Brian Spears, Esq. 1126 Ponce de Leon Avenue Atlanta, Georgia 30306 Jeffrey R. Filipovits, Esq. 2900 Chamblee Tucker Road Building 1 Atlanta, Georgia 30341 |
| CAFN: 14-A-50098-4 | | |
| JACK A. PHILLIPS and SUSAN S. PHILLIPS v. DEKALB COUNTY BOARD OF TAX ASSESSORS | Judge Daniel M. Coursey Debra DeBerry DeKalb County Superior Court | Jack A. Phillips Susan S. Phillips 4612 E Fairview RD SW Stockbridge, GA 30281 |
| CAFN: 15-CV-2997-7 | | |
| ANGELA C. PORTER v. DEKALB COUNTY, GEORGIA | Judge Alvin T. Wong Melanie F. Wilson DeKalb County State Court | Eric D. Miller, Esq. Miller Bonham, LLP 7000 Central Parkway, NE, Suite 1650 Atlanta, GA 30328 |
| CAFN: 13-A-48020-1 | | |
| SAMUEL A. OR MARTHA H. MATHIS 260 FORREST LAKE DRIVE, NW ATLANTA, GA 30327-3315 v. DEKALB COUNTY TAX ASSESSORS CAFN: 13-CV-6250-5 Parcel I.D. # 18-278-16-025 | Judge Eleanor L Ross Debra DeBerry DeKalb County Superior Court | Samuel A. or Martha H. Mathis 260 Forrest Lake Drive, NW Atlanta, GA 30327-3315 |

IN THE _Superior_ COURT OF _DeKalb_ COUNTY

STATE OF GEORGIA

_15CV7172-6_

Civil Action Number _15CV592-3X6_ _Trevor Hardaway_

Plaintiff _Angelegues Sudice_

VS.

Defendant _DeKalb County CEO Lee May_

### Affidavit OF Service

Personally, before the undersigned officer authorized to administer oaths appeared AMOS KING, who does state under oath the following.

1. I am over the age of eighteen (18).

2. I am a citizen of the United States of America.

3. I am not an employee of the plaintiff or an employee of counsel for the plaintiff.

4. I am not related to the plaintiff or counsel for the plaintiff, nor am I a party in this action or have an interest in the outcome of the case.

5. I am not the attorney of any of the parties, nor have financial interest in this litigation.

I am not a convicted felon.

SERVICE TYPE: PERSONAL SUBSTITUTE CORPORATE NON-SEVICE POSTED

Person Served _Aretha Releford_

Date Of Service _7_ / _9_ / 2015 @ _1300_ AM/PM

SEX: M (F) AGE _45_ HT _5'6_ WT _160_ HAIR _Blk_ GLASSES: Y/N

Sworn to and subscribed before me, this _14_ day of _July_, 2015

OFFICIAL SEAL
O STRONG
Notary Public, Georgia
HENRY COUNTY
My Commission Expires
August 25, 2017

Amos King, Process Server

FILED
2015 JUL 14 PM 2:33
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

IN THE Superior COURT OF DeKalb COUNTY

STATE OF GEORGIA

DSCV 7172-6

Civil Action Number 15CV6998-7 X6

Plaintiff Trevon Hardwick

VS.

Defendant DeKalb County Sheriff Jeffery Mann

## Affidavit OF Service

Personally, before the undersigned officer authorized to administer oaths appeared AMOS KING, who does state under oath the following.

1. I am over the age of eighteen (18).

2. I am a citizen of the United States of America.

3. I am not an employee of the plaintiff or an employee of counsel for the plaintiff.

4. I am not related to the plaintiff or counsel for the plaintiff, nor am I a party in this action or have an interest in the outcome of the case.

5. I am not the attorney of any of the parties, nor have financial interest in this litigation.

I am not a convicted felon.

SERVICE TYPE: PERSONAL  SUBSTITUTE CORPORATE NON-SEVICE  POSTED

Person Served Carolyn Forston

Date Of Service 7 / 9 / ✓ 2015 @ 1 00 AM/PM

SEX: M F AGE 45 HT 5'7 WT 160 HAIR BLK GLASSES: Y/N

Sworn to and subscribed before me, this 14 , day of Jul 4, 2015

OFFICIAL SEAL
O STRONG
Notary Public, Georgia
HENRY COUNTY
My Commission Expires

Amos King, Process Server

2015 JUL 14 PM 2:33
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA
FILED

IN THE _Superior_ COURT OF _DeKalb_ COUNTY

STATE OF GEORGIA

Civil Action Number _15CV5997 & 86_  _15CV-7172-6_

Plaintiff _Trevor Hardaway_

VS.

Defendant _DeKalb County Deputy Charles Nix_

### Affidavit OF Service

Personally, before the undersigned officer authorized to administer oaths appeared AMOS KING, who does state under oath the following.

1. I am over the age of eighteen (18).

2. I am a citizen of the United States of America.

3. I am not an employee of the plaintiff or an employee of counsel for the plaintiff.

4. I am not related to the plaintiff or counsel for the plaintiff, nor am I a party in this action or have an interest in the outcome of the case.

5. I am not the attorney of any of the parties, nor have financial interest in this litigation.

I am not a convicted felon.

SERVICE TYPE: |PERSONAL| SUBSTITUTE  CORPORATE  NON-SEVICE  POSTED

Person Served _Charles Nix_

Date Of Service _7_ / _9_ / _✓_ 2015 @ _1230_ AM/PM

SEX: M/F  AGE _35_ HT _62_ WT _250_ HAIR _Blk_  GLASSES: Y/N

Sworn to and subscribed before me, this _14_, day of _July_ 2015

OFFICIAL SEAL
O STRONG
Notary Public, Georgia
HENRY COUNTY
My Commission Expires
August 25, 2017

Amos King, Process Server

2015 JUL 14  PH 2: 33
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA
FILED

SCANNED

IN THE _Superior_ COURT OF _DeKalb_ COUNTY

STATE OF GEORGIA

_15CV7172-6_

Civil Action Number _KCV 5992-7 7X6_

Plaintiff _Trevor Hawdaway_

VS.

Defendant _Shay Dickerson_

### Affidavit OF Service

Personally, before the undersigned officer authorized to administer oaths appeared AMOS KING, who does state under oath the following.

1. I am over the age of eighteen (18).

2. I am a citizen of the United States of America.

3. I am not an employee of the plaintiff or an employee of counsel for the plaintiff.

4. I am not related to the plaintiff or counsel for the plaintiff, nor am I a party in this action or have an interest in the outcome of the case.

5. I am not the attorney of any of the parties, nor have financial interest in this litigation.

I am not a convicted felon.

SERVICE TYPE: (PERSONAL) SUBSTITUTE CORPORATE NON-SEVICE POSTED

Person Served _Shay Dickerson_

Date Of Service _7 / 9 /_ 2015 @ _12:47_ AM/PM

SEX: (M) F AGE _30_ HT _68_ WT _200_ HAIR _Blc_ GLASSES: Y/N

Sworn to and subscribed before me, this _14_ , day of _July_, 2015

**OFFICIAL SEAL**
**O STRONG**
Notary Public, Georgia
HENRY COUNTY
My Commission Expires

Amos King, Process Server

2015 JUL 14 PH 2:38
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA.
FILED

IN THE _Superior_ COURT OF _DeKalb_ COUNTY

STATE OF GEORGIA

Civil Action Number _15CV6792-8_ X 6    _15CV7172-6_

Plaintiff _Trevor Hardaway_

VS.

Defendant _DeKalb County CEO Lee may / Thomas Brown Former Sheriff_

### Affidavit OF Service

Personally, before the undersigned officer authorized to administer oaths appeared AMOS KING, who does state under oath the following.

1. I am over the age of eighteen (18).

2. I am a citizen of the United States of America.

3. I am not an employee of the plaintiff or an employee of counsel for the plaintiff.

4. I am not related to the plaintiff or counsel for the plaintiff, nor am I a party in this action or have an interest in the outcome of the case.

5. I am not the attorney of any of the parties, nor have financial interest in this litigation.

I am not a convicted felon.

SERVICE TYPE: PERSONAL SUBSTITUTE / CORPORATE NON-SEVICE POSTED

Person Served _Are this Related_

Date Of Service _7_ / _9_ / _____ 2015 @ _1700_ AM/PM

SEX: M/F AGE _45_ HT_5'6_ WT _160_ HAIR_Blk_ GLASSES: Y/N

Sworn to and subscribed before me, this _14_, day of _July_ 2015

OFFICIAL SEAL
O STRONG
Notary Public, Georgia
HENRY COUNTY
My Commission Expires
___ 05 2017

_Amos King, Process Server_

FILED
2015 JUL 14 PM 2:33
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

SCANNED