IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TREVOR HARDAWAY,<br><br>      Plaintiff,<br><br>vs.<br><br>DEKALB COUNTY, JEFFREY L. MANN, SHERIFF, THOMAS E. BROWN, SHERIFF, DESHAY DIKCERSON, as a Deputy Sheriff with DeKalb County, in his official and individual capacities and CHARLES DIX, as a Deputy Sheriff with DeKalb County, in his official and individual capacities,<br><br>      Defendants.<br>_____ | CIVIL ACTION FILE NO.<br><br>1:15-CV-2806-ELR |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants DeShay Dickerson ("Sgt. Dickerson") and Charles Dix ("Deputy Dix") (collectively referred to as "Defendants"), named defendants in the above-styled case[1], and move this Court to grant summary judgment in their

---

[1] This Court dismissed all claims against Sheriff Thomas Brown, Sheriff Jeffrey Mann and DeKalb County in Orders entered on January 6, 2016 [Doc. 13] and January 14, 2016 [Doc. 15]. In the January 6, 2016 order, the Court also dismissed all claims Plaintiff had asserted against Defendants Dickerson and Dix in their official capacities. As such, the present motion addresses only the remaining claims, which are Plaintiff's individual capacity claims against Defendants Dickerson and Dix.

favor pursuant to Rule 56 of the Federal Rules of Civil Procedure as to Plaintiff's remaining claims.

Defendants rely upon the following in support of their Motion for Summary Judgment:

1. Brief in Support, filed contemporaneously herewith;

2. Statement of Material facts as to which there is no genuine issue;

3. Affidavit of (former) Sergeant DeShay Dickerson, attached hereto as "Exhibit 1"; and

4. Affidavit of Deputy Charles Dix, attached hereto as "Exhibit 2";

Respectfully submitted this 27th day of October, 2016.

LAURA K. JOHNSON
Deputy County Attorney
Georgia Bar No. 392090

KENDRIC E. SMITH
Senior Assistant County Attorney
Georgia Bar No. 661200

/s/ Nikisha L. McDonald
NIKISHA L. MCDONALD
Assistant County Attorney
Georgia Bar No. 489573

PLEASE ADDRESS ALL FUTURE
COMMUNICATIONS TO:

**Laura K. Johnson**
Deputy County Attorney
lkjohnson@dekalbcountyga.gov

**Kendric E. Smith**
Senior Assistant County Attorney
kesmith@dekalbcountyga.gov

**Nikisha L. McDonald**
Assistant County Attorney
nmcdonald@dekalbcountyga.gov

DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011
(404) 371-3024 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TREVOR HARDAWAY,**<br><br>    Plaintiff,<br><br>vs.<br><br>**DEKALB COUNTY, JEFFREY L. MANN, SHERIFF, THOMAS E. BROWN, SHERIFF, DESHAY DIKCERSON, as a Deputy Sheriff with DeKalb County, in his official and individual capacities and CHARLES DIX, as a Deputy Sheriff with DeKalb County, in his official and individual capacities,**<br><br>    Defendants.<br>_____ | **CIVIL ACTION FILE NO.**<br><br>**1:15-CV-2806-ELR**_____ |

## CERTIFICATE OF SERVICE

This is to certify that on this day, I electronically filed **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

C. Victor Long, Esq.
P.O. Box 310928
Atlanta, GA 30331

2

This is to further certify that the foregoing document was prepared using 14 pt Times New Roman font.

This 27th day of October, 2016.

*s/ Nikisha L. McDonald*
NIKISHA L. MCDONALD
Assistant County Attorney
Georgia Bar No. 489573

3