IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TREVOR HARDAWAY,<br><br>    Plaintiff,<br><br>vs.<br><br>DEKALB COUNTY, JEFFREY L. MANN, SHERIFF, THOMAS E. BROWN, SHERIFF, DESHAY DIKCERSON, as a Deputy Sheriff with DeKalb County, in his official and individual capacities and CHARLES DIX, as a Deputy Sheriff with DeKalb County, in his official and individual capacities,<br><br>    Defendants.<br>_____ | CIVIL ACTION FILE NO.<br><br>1:15-CV-2806-ELR |

## **DEFENDANTS' STATEMENT OF MATERIAL FACTS**

COME NOW Defendants DeShay Dickerson ("Sgt. Dickerson") and Charles Dix ("Deputy Dix") (collectively referred to as "Defendants"), named defendants in the above-styled case[1], and pursuant to LR 56.1(B)(1) submit these material facts to

---

[1] This Court dismissed all claims against Sheriff Thomas Brown, Sheriff Jeffrey Mann and DeKalb County in Orders entered on January 6, 2016 [Doc. 13] and January 14, 2016 [Doc. 15]. In the January 6, 2016 order, the Court also dismissed all claims Plaintiff had asserted against Defendants Dickerson and Dix in their official capacities. As such, the present motion addresses only the remaining claims, which are Plaintiff's individual capacity claims against Defendants Dickerson and Dix.

which Defendants contend there is no genuine issue to be tried and shows this Honorable Court as follows:

1.

On New Year's Eve going into the year 2013, around 1:30 a.m., Sgt. Dickerson and Deputy Dix were at the QuikTrip (QT) Gas Station located at 3830 North Decatur Road in DeKalb County. **Affidavit of Sgt. Dickerson at ¶ 5; Affidavit of Deputy Dix at ¶ 6.**

2.

They both witnessed a male subject, later identified as Trevor Hardaway ("Mr. Hardaway"), choking a female subject, later identified as K.C., inside a vehicle parked at gas pump #12**. Dickerson Aff., ¶ 6; Dix Aff., ¶ 7.**

3.

Upon arriving at the vehicle, Mr. Hardaway had one arm around the head of K.C. and the other arm around her neck. **Dickerson Aff., ¶ 7; Dix Aff., ¶ 8.**

4.

The victim appeared to be unconscious. **Dix Aff. ¶ 9.**

5.

Deputy Dix attempted to get the attention of Mr. Hardaway by knocking on the driver's side window and asked for his identification. **Dickerson Aff., ¶ 8.**

6.

Mr. Hardaway began to get agitated and Defendants noticed blood coming from his mouth. **Dickerson Aff., ¶ 9; Dix Aff., ¶ 9.**

7.

Mr. Hardaway attempted to get out of the vehicle, but was instructed to provide his driver's license. **Dickerson Aff., ¶ 10; Dix Aff., ¶ 10.**

8.

Mr. Hardaway was eventually allowed to exit the vehicle and Defendants could both smell a strong odor of alcohol coming from his person. **Dickerson Aff., ¶ 11; Dix Aff., ¶ 11.**

9.

Mr. Hardaway began to approach Sgt. Dickerson while using vulgar and obscene language. **Dickerson Aff., ¶ 12; Dix Aff., ¶ 12.**

10.

Sgt. Dickerson asked Mr. Hardaway about three or four times to step back, but Mr. Hardaway refused. **Dickerson Aff., ¶ 13; Dix Aff., ¶ 13.**

11.

Sgt. Dickerson attempted to place Mr. Hardaway in handcuffs but Mr. Hardaway snatched away. **Dickerson Aff., ¶ 14; Dix Aff., ¶ 14.**

12.

Deputy Dix grabbed Mr. Hardaway by his right shirt sleeve and Mr. Hardaway began pulling away from Sgt. Dickerson and Deputy Dix. **Dickerson Aff., ¶ 15; Dix Aff., ¶ 15.**

13.

Mr. Hardaway and Sgt. Dickerson fell to the ground and Mr. Hardaway was secured in handcuffs. **Dickerson Aff., ¶ 16**.

14.

Emergency Medical Services ("EMS") was dispatched to treat Mr. Hardaway for injury to his face and mouth, but he was combative and refused treatment. **Dickerson Aff., ¶ 17; Dix Aff., ¶ 17**.

15.

EMS cleared Mr. Hardaway to be transported to the DeKalb County Jail. **Dickerson Aff., ¶ 18; Dix Aff., ¶ 18.**

16.

While waiting for EMS, a written statement was obtained from the victim, K.C., whom Sgt. Dickerson understood to be in a relationship with Mr. Hardaway. **Dickerson Aff., ¶ 19, Ex. A; Dix. Aff. ¶ 20.**

17.

Mr. Hardaway was arrested for: (1) Family Violence/Battery; (2) Obstruction of an Officer; and (3) Public [Drunkenness]. **Dickerson Aff., ¶ 20, Ex. B; Dix Aff., ¶ 21, Ex. A.**

18.

Sgt. Dickerson transported Mr. Hardaway in the back of his vehicle. **Dickerson Aff., ¶ 21.**

19.

Sgt. Dickerson ultimately obtained criminal arrest warrants from Magistrate Court for Family Violence/Battery, Obstruction of an Officer and Public [Drunkenness]. **Dickerson Aff., ¶ 22, Exhibits C, D, and E; Dix Aff., ¶ 22, Exhibits B, C and D.**

20.

Mr. Hardaway was arrested with probable cause and without malicious intent. **Dickerson Aff., ¶ 23; Dix Aff., ¶ 23.**

Respectfully submitted this 27th day of October, 2016.

LAURA K. JOHNSON
Deputy County Attorney
Georgia Bar No. 392090

KENDRIC E. SMITH
Senior Assistant County Attorney
Georgia Bar No. 661200

/s/ Nikisha L. McDonald
NIKISHA L. MCDONALD
Assistant County Attorney
Georgia Bar No. 489573

PLEASE ADDRESS ALL FUTURE
COMMUNICATIONS TO:

**Laura K. Johnson**
Deputy County Attorney
lkjohnson@dekalbcountyga.gov

**Kendric E. Smith**
Senior Assistant County Attorney
kesmith@dekalbcountyga.gov

**Nikisha L. McDonald**
Assistant County Attorney
nmcdonald@dekalbcountyga.gov

DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011
(404) 371-3024 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **TREVOR HARDAWAY,**<br><br>   Plaintiff,<br><br>vs.<br><br>**DEKALB COUNTY, JEFFREY L. MANN, SHERIFF, THOMAS E. BROWN, SHERIFF, DESHAY DIKCERSON, as a Deputy Sheriff with DeKalb County, in his official and individual capacities and CHARLES DIX, as a Deputy Sheriff with DeKalb County, in his official and individual capacities,**<br><br>   Defendants.<br>_____ | **CIVIL ACTION FILE NO.**<br><br>**1:15-CV-2806-ELR**_____ |

## **CERTIFICATE OF SERVICE**

This is to certify that on this day, I electronically filed **DEFENDANTS' STATEMENT OF MATERIAL FACTS** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

C. Victor Long, Esq.
P.O. Box 310928
Atlanta, GA 30331

2

This is to further certify that the foregoing document was prepared using 14 pt Times New Roman font.

This 27th day of October, 2016.

*s/ Nikisha L. McDonald*
NIKISHA L. MCDONALD
Assistant County Attorney
Georgia Bar No. 489573