# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TREVOR HARDAWAY,

    Plaintiffs,

vs.

DEKALB COUNTY, JEFFREY L. MANN, SHERIFF, THOMAS E. BROWN, SHERIFF, DESHAY DIKCERSON, as a Deputy Sheriff with DeKalb County, in his official and individual capacities and CHARLES DIX, as a Deputy Sheriff with DeKalb County, in his official and individual capacities,

    Defendants.

CIVIL ACTION FILE NO.

1:15-CV-2806-ELR

## AFFIDAVIT OF (Former) SERGEANT DESHAY DICKERSON

STATE OF GEORGIA

COUNTY OF DEKALB

    Personally appeared before me, the undersigned officer, duly authorized to administer oaths, Sergeant DeShay Dickerson, who, after being duly sworn, deposes as follows:

1.

I, Sergeant DeShay Dickerson, am a competent adult, and I have personal knowledge of the facts set forth in this Affidavit which I give in support of Defendants' Motion for Summary Judgment, and any other lawful use or purpose.

2.

I was employed by the DeKalb County Sheriff's Office from February 5, 2011 until October 14, 2016.

3.

At all times relevant to this lawsuit, I was a Senior Deputy assigned to the Field Division.

4.

My job duties entailed serving warrants in DeKalb County.

5.

On New Year's Eve going into the year 2013, around 1:30 a.m., Deputy Charles Dix ("Deputy Dix") and I were at the QuikTrip (QT) Gas Station located at 3830 North Decatur Road in DeKalb County.

6.

I witnessed a male subject, later identified as Trevor Hardaway ("Mr. Hardaway"), choking a female subject, later identified as K.C., inside a vehicle parked at gas pump #12.

7.

Upon arriving at the vehicle, Mr. Hardaway had one arm around the head of K.C. and the other arm around her neck.

8.

Deputy Dix attempted to get the attention of Mr. Hardaway by knocking on the driver's side window and asked for his identification.

9.

Mr. Hardaway began to get agitated and I noticed blood coming from his mouth.

10.

Mr. Hardaway attempted to get out of the vehicle, but was instructed him to provide his driver's license.

11.

Mr. Hardaway was eventually allowed to exit the vehicle and I could smell a strong odor of alcohol coming from his person.

12.

Mr. Hardaway began to approach me while using vulgar and obscene language.

13.

I asked Mr. Hardaway about three or four times to step back, but Mr. Hardaway refused.

14.

I attempted to place Mr. Hardaway in handcuffs but Mr. Hardaway snatched away.

15.

Deputy Dix grabbed Mr. Hardaway by his right shirt sleeve and Mr. Hardaway began pulling away from me and Deputy Dix.

16.

Mr. Hardaway and I fell to the ground and I was able to secure him in handcuffs.

17.

Emergency Medical Services ("EMS") was dispatched to treat Mr. Hardaway for injury to his face and mouth, but he was combative and refused treatment.

18.

EMS cleared Mr. Hardaway to be transported to the DeKalb County Jail.

19.

While waiting for EMS, I obtained a written statement from the victim, K.C., whom I understood to be in a relationship with Mr. Hardaway **See Statement, attached hereto as Exhibit A.**

20.

Mr. Hardaway was arrested for: (1) Family Violence/Battery; (2) Obstruction of an Officer; and (3) Public Drunk. **See Arrest/Incident Report attached hereto as Exhibit B.**

21.

I transported Mr. Hardaway in the back of my vehicle.

22.

I ultimately obtained criminal arrest warrants from Magistrate Court. **See Criminal Warrants attached hereto as Exhibit C, D and E, respectively.**

23.

Mr. Hardaway was arrested with probable cause and without malicious intent.

SIGNATURE ON NEXT PAGE

- 5 -

FURTHER AFFIANT SAYETH NOT.

_____

(Former) Sergeant DeShay Dickerson
DeKalb County Sheriff's Office

Sworn to and subscribed
before me this 24th day
of _____October_____, 2016.

_____
Notary Public

- 6 -

# Exhibit A

# STATEMENT



### THOMAS E. BROWN, SHERIFF

Page __/__ of __/__

STATEMENT OF: ██████████████  AGE: 27

ADDRESS: ██████████████████

TAKEN BY: _Dep Dickson_   LOCATION: 3830   _N. Deft—_

We were arguing because i want to leave him. he got up set and said . wast going anywere. when the offices walked on the car they say his arms around my neck

WITNESSED: _____   SIGNED: ██████████████

# Exhibit B

**DEKALB COUNTY SHERIFF'S OFFICE**    **ARREST / INCIDENT REPORT**

ORI: **GA0440000**

CASE NUMBER: **DS1301000001**

## INCIDENT

| INCIDENT TYPE | | CTS | PREMISE TYPE |
|---|---|---|---|
| **Domestic Violence / Battery (Use of Force)** | | **1** | **Business** |

INCIDENT LOCATION
**Quick Trip (QT) Gas Station / 3830 North Decatur Road Decatur, GA. 30032**

| INCIDENT DATE | TIME | TO | DATE | TIME | STRANGER TO STRANGER | WEAPON TYPE |
|---|---|---|---|---|---|---|
| **01-01-13** | **0130** | | **01-01-13** | **0230** | **Yes** | **None** |

COMPLAINANT
**State of Georgia**

| ADDRESS | PHONE NUMBER |
|---|---|
| | |

## VICTIM

| VICTIM'S NAME | RACE | SEX | AGE | RESIDENCE PHONE |
|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | **B** | **F** | **27** | ▓▓▓▓▓ |

| VICTIM'S ADDRESS | BUSINESS PHONE |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

## WITNESS

| WITNESS NAME & ADDRESS | PHONE NUMBER |
|---|---|
| **Deputy D. Dickerson #3538   4415 Memorial Dr. Decatur, GA. 30032** | **404 298-8400** |
| WITNESS NAME & ADDRESS | PHONE NUMBER |
| **Deputy C. Dix #2417   4415 Memorial Dr. Decatur, GA. 30032** | **404 298-8400** |

## ARREST INFO

| ARREST DATE | ARREST TIME | LOCATION OF ARREST |
|---|---|---|
| **01-01-13** | **0130** | **Quick Trip (QT) Gas Station / 3830 North Decatur Road Decatur, GA. 30032** |

| NAME OF PERSON ARRESTED (LAST, FIRST, MIDDLE) | ALIAS OR NICKNAME |
|---|---|
| **Hardaway, Trevor** | **N/A** |

| ADDRESS OF SUBJECT (NUMBER & STREET/APT #) | CITY / STATE / ZIP CODE |
|---|---|
| **2253 Clifton Springs Road** | **Decatur, GA. 30032** |

| (AREA CODE) PHONE NUMBER | SOCIAL SECURITY NUMBER | DRIVER'S LICENSE INFORMATION | STATE | EXPIRES |
|---|---|---|---|---|
| **N/A** | **Unknown** | **052253238** | **GA.** | **2014** |

## OFFENSE

| AGE | RACE | SEX | EYES | HAIR | HEIGHT | WEIGHT | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|---|---|---|---|---|
| **27** | **BLK** | **M** | **BRO** | **BLK** | **604** | **185** | **03-15-86** | **GA.** |

| OCCUPATION / EMPLOYER | | WORK ADDRESS |
|---|---|---|
| **Unemployed** | **N/A** | |

| (AREA CODE) WORK # | ARRESTING OFFICER | CURRENT DATE |
|---|---|---|
| **N/A** | **Deputy D. Dickerson #3538** | **01-01-13** |

## WARRANT INFO

| WARRANT NUMBER | FAM | DATE OF OFFENSE | CHARGES | CTS | BOND |
|---|---|---|---|---|---|
| 12W021927 | M | 01-01-13 | **Family Violence / Battery** | 1 | 5,000.00 Cash only |
| 12W021928 | M | 01-01-13 | **Obstruction of Officer** | 1 | 2,500.00 cash only |
| 12W021929 | M | 01-01-13 | **Public Drunk** | 1 | 1,000.00 Regular |
| | | | **(Special Condition)** | | |
| | | | | | |

## VEHICLE

| IMPOUND | TAG NUMBER | STATE | YEAR | VIN |
|---|---|---|---|---|
| | | | | |

| YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|
| | | | | |

## NARRATIVE

NARRATIVE / ADDITIONAL INFORMATION

**See Attached Narrative**

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| **Deputy D. Dickerson** | **#3538** | **Sergeant A. Burney** | **#1495** |

1 – Original (Court)      2 – Copy (File)

# Exhibit C



**CRIMINAL ARREST WARRANT**

GEORGIA, DEKALB COUNTY
STATE OF GEORGIA
v.

WARRANT NO.   12-W-021927
CASE NO.   DS1301000001

VOR LAMAR HARDAWAY
DOB: 03/15/1986
2253 CLIFTON SPRINGS RD
DECATUR, GA, 30032
404-510-1211
Race:B, Sex: Male, Height:6'4", Weight:185, Hair:BRO
(Brown), Eyes:BRO (Brown)
Custody: Yes Location: County Jail

Prosecutor: D DICKERSON
4415 Memorial Drive
Decatur,GA,30032
Phone No: 404-298-8400
BadgeNo:3538 Agency:DeKalb County Sheriff
Witness: DICKERSON D : DeKalb County Sheriff

### AFFIDAVIT

Personally appeared the undersigned prosecutor, D DICKERSON who, on oath, says that, to the best of the prosecutor's knowledge
and belief, the above named accused, between 1/1/2013  1:30:00AM and  1/1/2013  2:30:00AM at 3830 N. DECATUR RD, DECATUR,
GA, 30032 , DEKALB, COUNTY did commit the offense of  Family Violence Battery ( Misdemeanor ) in violation of O.C.G.A . 16-5-23.1
and against                    and the laws of the State of GEORGIA. The facts this affidavit for arrest is based on are:SAID
ACCUSED DID INTENTIONALLY CAUSE VISIBLE BODILY HARM TO                    BY PUTTING HIS ARM AROUND HER
HEAD AND NECK, CHOKING HER UNTIL SHE ALMOST PASTED OUT. Prosecutor makes this affidavit that a warrant may issue for the
accused person's arrest.

Probable Cause:
officer observed subject with victim in choke hold.  officers instructed subject to get out of car, subject began cussing at
officers.  officers attempted to place subject under arrest and officer noticed strong odor of alcohol.
Sworn to and subscribed before me this 1/1/2013 4:50:34 PM

_____
Judge:   P R Williams
Magistrate Court of DEKALB COUNTY

_____
1/1/2013 4:50:13 PM
Prosecutor:D  DICKERSON
Agency: DeKalb County Sheriff
Badge:3538

### STATE WARRANT FOR ARREST

STATE OF GEORGIA, COUNTY OF DEKALB: To the Chief of Police and Sheriff of County, any law enforcement officer thereof and to
any Sheriff, Deputy Sheriff, coroner, Constable, Marshal or law enforcement officer of the State of GEORGIA authorized to execute
warrants, GREETINGS: For sufficient cause made known to me in the above Affidavit, incorporated by reference herein, and other
sworn or affirmed testimony establishing probable cause for the arrest of the Defendant named in the foregoing Affidavit, you are hereby
commanded to arrest said Defendant charged by the Prosecutor therein with the offense against the laws of this State named in said
Affidavit and bring him or her before me or some other judicial officer of this State to be dealt with as the law directs. HEREIN FAIL NOT.

This   1/1/2013 4:50:34 PM

_____
Judge:   P R Williams
Magistrate Court of DEKALB COUNTY

### ORDER FOR BOND

S HEREBY ORDERED that the above-named accused, TREVOR LAMAR HARDAWAY , be and is hereby granted bail to be made with
sufficient surety as approved by the Sheriff of DEKALB COUNTY in the amount of $5,000.00 CASH ONLY, Five Thousand Dollars, Stay
Away & DV Class  to assure the presence of said accused at arraignment, trial and final disposition in the  Superior Court  State Court of

# FamilyViolence

# Exhibit D

CRIMINAL ARREST WARRANT

GEORGIA, DEKALB COUNTY
STATE OF GEORGIA
v.

WARRANT NO.   12-W-021928
CASE NO.      DS1301000001

/OR LAMAR HARDAWAY
DOB: 03/15/1986
2253 CLIFTON SPRINGS RD
DECATUR, GA, 30032
404-510-1211
Race:B, Sex: Male, Height:6'4", Weight:185, Hair:BRO
(Brown), Eyes:BRO (Brown)
Custody: Yes Location: County Jail

Prosecutor: D DICKERSON
4415 Memorial Drive
Decatur,GA,30032
Phone No: 404-298-8400
BadgeNo:3538 Agency:DeKalb County Sherif
Witness: DICKERSON D : DeKalb County Sheriff

## AFFIDAVIT

Personally appeared the undersigned prosecutor, D  DICKERSON  who, on oath, says that, to the best of the prosecutor's knowledge
and belief, the above named accused, between 1/1/2013   1:30:00AM and   1/1/2013   2:30:00AM at 3830 N. DECATUR RD, DECATUR,
GA, 30032 , DEKALB  COUNTY did commit the offense of  Obstruction Misd ( Misdemeanor ) in violation of O.C.G.A . 16-10-24(a) and
against ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and the laws of the State of GEORGIA.  The facts this affidavit for arrest is based on are:said accused
did knowingly and willfully obstruct or hinder DEPUTY DICKERSON and DEKALB SHERIFF OFFICE, a law enforcement officer in
the lawful discharge of the officers official duties by RESISTING ARREST AFTER TELLING HIM  TO PLACE HIS HANDS BEHIND
HIS BACK. MR HARDAWAY SNATCHED HIS ARM AWAY CAUSING A PHYSICAL ALTERCATION. Prosecutor makes this affidavit that
a warrant may issue for the accused person's arrest.

Probable Cause:
officer observed subject with victim in choke hold.  officers instructed subject to get out of car, subject began cussing at
officers.  officers attempted to place subject under arrest and officer noticed strong odor of alcohol
Sworn to and subscribed before me this 1/1/2013 4:50:34 PM

Judge:   P R Williams
Magistrate Court of DEKALB COUNTY

1/1/2013 4:50:13 PM
Prosecutor:D  DICKERSON
Agency: DeKalb County Sheriff
Badge:3538

## STATE WARRANT FOR ARREST

STATE OF GEORGIA, COUNTY OF DEKALB· To the Chief of Police and Sheriff of County, any law enforcement officer thereof and to
any Sheriff, Deputy Sheriff, coroner, Constable, Marshal or law enforcement officer of the State of GEORGIA authorized to execute
warrants, GREETINGS: For sufficient cause made known to me in the above Affidavit, incorporated by reference herein, and other
sworn or affirmed testimony establishing probable cause for the arrest of the Defendant named in the foregoing Affidavit, you are hereby
commanded to arrest said Defendant charged by the Prosecutor therein with the offense against the laws of this State named in said
Affidavit and bring him or her before me or some other judicial officer of this State to be dealt with as the law directs. HEREIN FAIL NOT.

This  1/1/2013 4:50:34 PM

Judge:   P R Williams
Magistrate Court of DEKALB COUNTY

## ORDER FOR BOND

# FamilyViolence

# Exhibit E

CRIMINAL ARREST WARRANT

GEORGIA, DEKALB COUNTY
STATE OF GEORGIA
v.

WARRANT NO.  12-W-021929
CASE NO.  DS1301000001

▮ /OR LAMAR HARDAWAY
DOB: 03/15/1966
2253 CLIFTON SPRINGS RD
DECATUR, GA, 30032
404-510-1211
Race:B, Sex: Male, Height:6'4", Weight:185, Hair:BRO
(Brown), Eyes:BRO (Brown)
Custody: Yes Location: County Jail

Prosecutor: D DICKERSON
4415 Memorial Drive
Decatur,GA,30032
Phone No: 404-298-8400
BadgeNo:3538 Agency:DeKalb County Sheriff
Witness: DICKERSON D  : DeKalb County Sheriff

### AFFIDAVIT

Personally appeared the undersigned prosecutor, D DICKERSON  who, on oath, says that, to the best of the prosecutor's knowledge
and belief, the above named accused, between 1/1/2013  1:30:00AM and  1/1/2013  2:30:00AM at 3830 N. DECATUR RD, DECATUR,
GA, 30032 , DEKALB, COUNTY did commit the offense of  Public Drunk ( Misdemeanor ) in violation of O.C.G.A . 16-11-41 and against
and the laws of the State of GEORGIA.  The facts this affidavit for arrest is based on are:SAID ACCUSED ,
APPEAR IN AN INTOXICATED CONDITION AT (3830 N. DECATUR RD (QT) GAS STATION )A PUBLIC PLACE, WHICH CONDITION
WAS MANIFESTED BY BOISTEROUSNESS/INDECENT CONDITION OR ACT/VULGAR, PROFANE, LOUD, OR UNBECOMING
LANGUAGE Prosecutor makes this affidavit that a warrant may issue for the accused person's arrest.

Probable Cause:
officer observed subject with victim in choke hold. officers instructed subject to get out of car, subject began cussing at
officers.  officers attempted to place subject under arrest and officer noticed strong odor of alcohol
Sworn to and subscribed before me this 1/1/2013 4:50:34 PM

Judge:   P R Williams
Magistrate Court of DEKALB COUNTY

1/1/2013 4:50:13 PM
Prosecutor:D  DICKERSON
Agency: DeKalb County Sheriff
Badge:3538

### STATE WARRANT FOR ARREST

STATE OF GEORGIA, COUNTY OF DEKALB: To the Chief of Police and Sheriff of County, any law enforcement officer thereof and to
any Sheriff, Deputy Sheriff, coroner, Constable, Marshal or law enforcement officer of the State of GEORGIA authorized to execute
warrants, GREETINGS: For sufficient cause made known to me in the above Affidavit, incorporated by reference herein, and other
sworn or affirmed testimony establishing probable cause for the arrest of the Defendant named in the foregoing Affidavit, you are hereby
commanded to arrest said Defendant charged by the Prosecutor therein with the offense against the laws of this State named in said
Affidavit and bring him or her before me or some other judicial officer of this State to be dealt with as the law directs. HEREIN FAIL NOT.

This  1/1/2013 4:50:34 PM

Judge:   P R Williams
Magistrate Court of DEKALB COUNTY

### ORDER FOR BOND

IS HEREBY ORDERED that the above-named accused, TREVOR LAMAR HARDAWAY , be and is hereby granted bail to be made with
sufficient surety as approved by the Sheriff of DEKALB COUNTY in the amount of $1,000.00, One Thousand Dollars  to assure the
presence of said accused at arraignment, trial and final disposition in the  Superior Court  State Court of  DEKALB COUNTY.

# FamilyViolence