# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TREVOR HARDAWAY,

    **Plaintiffs,**

vs.

DEKALB COUNTY, JEFFREY L.
MANN, SHERIFF, THOMAS E.
BROWN, SHERIFF, DESHAY
DIKCERSON, as a Deputy Sheriff
with DeKalb County, in his official and
individual capacities and CHARLES
DIX, as a Deputy Sheriff with DeKalb
County, in his official and individual
capacities,

    Defendants.

CIVIL ACTION FILE NO.

1:15-CV-2806-ELR

## AFFIDAVIT OF DEPUTY CHARLES DIX

**STATE OF GEORGIA**

**COUNTY OF DEKALB**

    Personally appeared before me, the undersigned officer, duly authorized to administer oaths, Deputy Charles Dix, who, after being duly sworn, deposes as follows:

-1-

1.

I, Deputy Charles Dix, am a competent adult, and I have personal knowledge of the facts set forth in this Affidavit which I give in support of Defendants' Motion for Summary Judgment, and any other lawful use or purpose.

2.

I have been employed by the DeKalb County Sheriff's Office since August 1998.

3.

I began my career as a Detention Officer I and later was promoted to Detention Officer II, Detention Officer III and Deputy in May 2011.

4.

At all times relevant to this lawsuit, I was a Deputy assigned to the Field Division.

5.

My job duties entailed serving warrants in DeKalb County.

6.

On New Year's Eve going into the year 2013, around 1:30 a.m., Sergeant DeShay Dickerson ("Sgt. Dickerson") and I were at the QuikTrip (QT) Gas Station located at 3830 North Decatur Road in DeKalb County.

7.

I witnessed a male subject, later identified as Trevor Hardaway ("Mr. Hardaway"), choking a female subject, later identified as K.C., inside a vehicle parked at gas pump #12.

8.

Upon arriving at the vehicle, Mr. Hardaway had one arm around the head of K.C. and the other arm around her neck.

9.

K.C. appeared unconscious and Mr. Hardaway had blood in and around his mouth.

10.

Mr. Hardaway attempted to get out of the vehicle, but I instructed him to provide his driver's license.

11.

Mr. Hardaway was eventually allowed to exit the vehicle and I could smell a strong odor of alcohol coming from his person.

12.

Sgt. Dickerson asked Mr. Hardaway for his license. Mr. Hardaway began to approach Sgt. Dickerson while using vulgar and obscene language.

13.

Sgt. Dickerson asked Mr. Hardaway about three or four times to step back, but Mr. Hardaway refused.

14.

Sgt. Dickerson attempted to place Mr. Hardaway in handcuffs but Mr. Hardaway pulled away.

15.

I grabbed Mr. Hardaway by his right shirt sleeve and Mr. Hardaway began pulling away from me and Sgt. Dickerson.

16.

Mr. Hardaway was lowered to the ground by Sgt. Dickerson.

17.

Emergency Medical Services ("EMS") was dispatched to treat Mr. Hardaway for injury to his face and mouth, but he refused treatment.

18.

EMS cleared Mr. Hardaway to be transported to the DeKalb County Jail.

19.

Mr. Hardaway was transported in the back of Sgt. Dickerson's vehicle.

20.

While waiting for EMS, a written statement was taken from the victim, K.C.

21.

Mr. Hardaway was arrested for: (1) Family Violence/Battery; (2) Obstruction of an Officer; and (3) Public Drunk. **See Arrest/Incident Report as Exhibit A, attached hereto.**

22.

I accompanied Sgt. Dickerson to Magistrate Court to obtain the criminal arrest warrants. **See Criminal Warrants attached as Exhibit B, C and D, respectively.**

23.

Mr. Hardaway was arrested with probable cause and without malicious intent.

(SIGNATURE OF NEXT PAGE)

FURTHER AFFIANT SAYETH NOT.


_____
Deputy Charles Dix
DeKalb County Sheriff's Office


Sworn to and subscribed
before me this 24th day
of _____, 2016.

_____
Notary Public

- 6 -

# Exhibit A

# DEKALB COUNTY SHERIFF'S OFFICE    ARREST / INCIDENT REPORT

**ORI:** GA0440000
**CASE NUMBER:** DS1301000001

**INCIDENT TYPE:** Domestic Violence / Battery (Use of Force)
**CTS:** 1
**PREMISE TYPE:** Business

**INCIDENT LOCATION:** Quick Trip (QT) Gas Station / 3830 North Decatur Road Decatur, GA. 30032

| INCIDENT DATE | TIME | TO | DATE | TIME | STRANGER TO STRANGER | WEAPON TYPE |
|---|---|---|---|---|---|---|
| 01-01-13 | 0130 | | 01-01-13 | 0230 | Yes | None |

**COMPLAINANT:** State of Georgia
**ADDRESS:**
**PHONE NUMBER:**

## VICTIM
**VICTIM'S NAME:** ▮▮▮  **RACE** B  **SEX** F  **AGE** 27  **RESIDENCE PHONE** ▮▮▮
**VICTIM'S ADDRESS:** ▮▮▮  **BUSINESS PHONE**

## WITNESS
**WITNESS NAME & ADDRESS:** Deputy D. Dickerson #3538   4415 Memorial Dr. Decatur, GA. 30032  **PHONE NUMBER** 404 298-8400
**WITNESS NAME & ADDRESS:** Deputy C. Dix #2417   4415 Memorial Dr. Decatur, GA. 30032  **PHONE NUMBER** 404 298-8400

## ARREST INFO
| ARREST DATE | ARREST TIME | LOCATION OF ARREST |
|---|---|---|
| 01-01-13 | 0130 | Quick Trip (QT) Gas Station / 3830 North Decatur Road Decatur, GA. 30032 |

**NAME OF PERSON ARRESTED (LAST, FIRST, MIDDLE):** Hardaway, Trevor  **ALIAS OR NICKNAME:** N/A
**ADDRESS OF SUBJECT (NUMBER & STREET/APT #):** 2253 Clifton Springs Road  **CITY / STATE / ZIP CODE:** Decatur, GA. 30032

| (AREA CODE) PHONE NUMBER | SOCIAL SECURITY NUMBER | DRIVER'S LICENSE INFORMATION | STATE | EXPIRES |
|---|---|---|---|---|
| N/A | Unknown | 052253238 | GA. | 2014 |

| AGE | RACE | SEX | EYES | HAIR | HEIGHT | WEIGHT | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|---|---|---|---|---|
| 27 | BLK | M | BRO | BLK | 604 | 185 | 03-15-86 | GA. |

**OCCUPATION / EMPLOYER:** Unemployed  N/A  **WORK ADDRESS:**
**(AREA CODE) WORK #:** N/A  **ARRESTING OFFICER:** Deputy D. Dickerson #3538  **CURRENT DATE:** 01-01-13

## WARRANT INFO
| WARRANT NUMBER | F/M | DATE OF OFFENSE | CHARGES | CTS | BOND |
|---|---|---|---|---|---|
| 12W021927 | M | 01-01-13 | Family Violence / Battery | 1 | 5,000.00 Cash only |
| 12W021928 | M | 01-01-13 | Obstruction of Officer | 1 | 2,500.00 cash only |
| 12W021929 | M | 01-01-13 | Public Drunk | 1 | 1,000.00 Regular |
| | | | (Special Condition) | | |

## VEHICLE
| IMPOUND | TAG NUMBER | STATE | YEAR | VIN |
|---|---|---|---|---|
| | | | | |

| YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|
| | | | | |

## NARRATIVE / ADDITIONAL INFORMATION

See Attached Narrative

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| Deputy D. Dickerson | #3538 | Sergeant A. Burney | #1495 |

1 – Original (Court)    2 – Copy (File)

# Exhibit B

**CRIMINAL ARREST WARRANT**

GEORGIA, DEKALB COUNTY
STATE OF GEORGIA
v.

WARRANT NO.   12-W-021927
CASE NO.   DS1301000001

ɪVOR LAMAR HARDAWAY
DOB: 03/15/1986
2253 CLIFTON SPRINGS RD
DECATUR, GA, 30032
404-510-1211
Race:B, Sex: Male, Height:6'4", Weight:185, Hair:BRO
(Brown), Eyes:BRO (Brown)
Custody: Yes Location: County Jail

Prosecutor: D  DICKERSON
4415 Memorial Drive
Decatur, GA,30032
Phone No: 404-298-8400
Badge No:3538 Agency:DeKalb County Sherif
Witness: DICKERSON D  : DeKalb County Sheriff

### AFFIDAVIT

Personally appeared the undersigned prosecutor, D  DICKERSON  who, on oath, says that, to the best of the prosecutor's knowledge
and belief, the above named accused, between 1/1/2013  1:30:00AM and  1/1/2013  2:30:00AM at 3830 N. DECATUR RD, DECATUR,
GA, 30032 , DEKALB COUNTY did commit the offense of  Family Violence Battery ( Misdemeanor ) in violation of O.C.G.A . 16-5-23.1
and against ▇▇▇▇▇▇▇▇▇ and the laws of the State of GEORGIA.  The facts this affidavit for arrest is based on are:SAID
ACCUSED DID INTENTIONALLY CAUSE VISIBLE BODILY HARM TO ▇▇▇▇▇▇▇ BY PUTTING HIS ARM AROUND HER
HEAD AND NECK, CHOKING HER UNTIL SHE ALMOST PASTED OUT. Prosecutor makes this affidavit that a warrant may issue for the
accused person's arrest.

Probable Cause:
officer observed subject with victim in choke hold.  officers instructed subject to get out of car, subject began cussing at
officers.  officers attempted to place subject under arrest and officer noticed strong odor of alcohol.
Sworn to and subscribed before me this 1/1/2013 4:50:34 PM

Judge:   P R Williams
Magistrate Court of DEKALB COUNTY

1/1/2013 4:50:13 PM
Prosecutor:D  DICKERSON
Agency: DeKalb County Sheriff
Badge:3538

### STATE WARRANT FOR ARREST

STATE OF GEORGIA, COUNTY OF DEKALB: To the Chief of Police and Sheriff of County, any law enforcement officer thereof and to
any Sheriff, Deputy Sheriff, coroner, Constable, Marshal or law enforcement officer of the State of GEORGIA authorized to execute
warrants, GREETINGS: For sufficient cause made known to me in the above Affidavit, incorporated by reference herein, and other
sworn or affirmed testimony establishing probable cause for the arrest of the Defendant named in the foregoing Affidavit, you are hereby
commanded to arrest said Defendant charged by the Prosecutor therein with the offense against the laws of this State named in said
Affidavit and bring him or her before me or some other judicial officer of this State to be dealt with as the law directs. HEREIN FAIL NOT.

This  1/1/2013 4:50:34 PM

Judge:   P R Williams
Magistrate Court of DEKALB COUNTY

### ORDER FOR BOND

ɪS HEREBY ORDERED that the above-named accused, TREVOR LAMAR HARDAWAY , be and is hereby granted bail to be made with
sufficient surety as approved by the Sheriff of DEKALB COUNTY in the amount of $5,000.00 CASH ONLY, Five Thousand Dollars, Stay
Away & DV Class  to assure the presence of said accused at arraignment, trial and final disposition in the  Superior Court  State Court of

# FamilyViolence

# Exhibit C

CRIMINAL ARREST WARRANT

GEORGIA, DEKALB COUNTY
STATE OF GEORGIA
v.

WARRANT NO.    12-W-021928
CASE NO.        DS1301000001

/OR LAMAR HARDAWAY
DOB: 03/15/1986
2253 CLIFTON SPRINGS RD
DECATUR, GA, 30032
404-510-1211
Race:B, Sex: Male, Height:6'4", Weight:185, Hair:BRO
(Brown), Eyes:BRO (Brown)
Custody: Yes Location: County Jail

Prosecutor: D DICKERSON
4415 Memorial Drive
Decatur,GA,30032
Phone No: 404-298-8400
BadgeNo:3538 Agency:DeKalb County Sherif
Witness: DICKERSON D : DeKalb County Sheriff

## AFFIDAVIT

Personally appeared the undersigned prosecutor, D DICKERSON who, on oath, says that, to the best of the prosecutor's knowledge and belief, the above named accused, between 1/1/2013 1:30:00AM and 1/1/2013 2:30:00AM at 3830 N. DECATUR RD, DECATUR, GA, 30032 , DEKALB COUNTY did commit the offense of  Obstruction Misd ( Misdemeanor ) in violation of O.C.G.A . 16-10-24(a) and against ████████████ and the laws of the State of GEORGIA.  The facts this affidavit for arrest is based on are:said accused did knowingly and willfully obstruct or hinder DEPUTY DICKERSON and DEKALB SHERIFF OFFICE, a law enforcement officer in the lawful discharge of the officers official duties by RESISTING ARREST AFTER TELLING HIM  TO PLACE HIS HANDS BEHIND HIS BACK. MR HARDAWAY SNATCHED HIS ARM AWAY CAUSING A PHYSICAL ALTERCATION. Prosecutor makes this affidavit that a warrant may issue for the accused person's arrest.

Probable Cause:
officer observed subject with victim in choke hold.  officers instructed subject to get out of car, subject began cussing at officers.  officers attempted to place subject under arrest and officer noticed strong odor of alcohol
Sworn to and subscribed before me this 1/1/2013 4:50:34 PM

Judge:     P R Williams
Magistrate Court of DEKALB COUNTY

1/1/2013 4:50:13 PM
Prosecutor:D  DICKERSON
Agency: DeKalb County Sheriff
Badge:3538

## STATE WARRANT FOR ARREST

STATE OF GEORGIA, COUNTY OF DEKALB: To the Chief of Police and Sheriff of County, any law enforcement officer thereof and to any Sheriff, Deputy Sheriff, coroner, Constable, Marshal or law enforcement officer of the State of GEORGIA authorized to execute warrants, GREETINGS: For sufficient cause made known to me in the above Affidavit, incorporated by reference herein, and other sworn or affirmed testimony establishing probable cause for the arrest of the Defendant named in the foregoing Affidavit, you are hereby commanded to arrest said Defendant charged by the Prosecutor therein with the offense against the laws of this State named in said Affidavit and bring him or her before me or some other judicial officer of this State to be dealt with as the law directs. HEREIN FAIL NOT.

This   1/1/2013 4:50:34 PM

Judge:    P R Williams
Magistrate Court of DEKALB COUNTY

## ORDER FOR BOND

# FamilyViolence

# Exhibit D

**CRIMINAL ARREST WARRANT**

GEORGIA, DEKALB COUNTY
STATE OF GEORGIA
v.

WARRANT NO.   12-W-021929
CASE NO     DS1301000001

/OR LAMAR HARDAWAY
DOB: 03/15/1966
2253 CLIFTON SPRINGS RD
DECATUR, GA, 30032
404-510-1211
Race:B, Sex: Male, Height:6'4", Weight:185, Hair:BRO
(Brown), Eyes:BRO (Brown)
Custody: Yes Location: County Jail

Prosecutor: D DICKERSON
4415 Memorial Drive
Decatur,GA,30032
Phone No: 404-298-8400
Badge No:3538 Agency:DeKalb County Sherif
Witness: DICKERSON D : DeKalb County Sheriff

### AFFIDAVIT

Personally appeared the undersigned prosecutor, D DICKERSON who, on oath, says that, to the best of the prosecutor's knowledge and belief, the above named accused, between 1/1/2013  1:30:00AM and  1/1/2013  2:30:00AM at 3830 N. DECATUR RD, DECATUR, GA, 30032 , DEKALB, COUNTY did commit the offense of  Public Drunk ( Misdemeanor ) in violation of O.C.G.A  16-11-41 and against and the laws of the State of GEORGIA. The facts this affidavit for arrest is based on are:SAID ACCUSED , APPEAR IN AN INTOXICATED CONDITION AT (3830 N. DECATUR RD (QT) GAS STATION )A PUBLIC PLACE, WHICH CONDITION WAS MANIFESTED BY BOISTEROUSNESS/INDECENT CONDITION OR ACT/VULGAR, PROFANE, LOUD, OR UNBECOMING LANGUAGE Prosecutor makes this affidavit that a warrant may issue for the accused person's arrest.

Probable Cause:
officer observed subject with victim in choke hold. officers instructed subject to get out of car, subject began cussing at officers. officers attempted to place subject under arrest and officer noticed strong odor of alcohol
Sworn to and subscribed before me this 1/1/2013 4:50:34 PM

Judge:   P R Williams
Magistrate Court of DEKALB COUNTY

1/1/2013 4:50:13 PM
Prosecutor:D  DICKERSON
Agency: DeKalb County Sheriff
Badge:3538

### STATE WARRANT FOR ARREST

STATE OF GEORGIA, COUNTY OF DEKALB: To the Chief of Police and Sheriff of County, any law enforcement officer thereof and to any Sheriff, Deputy Sheriff, coroner, Constable, Marshal or law enforcement officer of the State of GEORGIA authorized to execute warrants, GREETINGS: For sufficient cause made known to me in the above Affidavit, incorporated by reference herein, and other sworn or affirmed testimony establishing probable cause for the arrest of the Defendant named in the foregoing Affidavit, you are hereby commanded to arrest said Defendant charged by the Prosecutor therein with the offense against the laws of this State named in said Affidavit and bring him or her before me or some other judicial officer of this State to be dealt with as the law directs. HEREIN FAIL NOT.

This  1/1/2013 4:50:34 PM

Judge:   P R Williams
Magistrate Court of DEKALB COUNTY

### ORDER FOR BOND

IS HEREBY ORDERED that the above-named accused, TREVOR LAMAR HARDAWAY , be and is hereby granted bail to be made with sufficient surety as approved by the Sheriff of DEKALB COUNTY in the amount of $1,000.00, One Thousand Dollars  to assure the presence of said accused at arraignment, trial and final disposition in the  Superior Court  State Court of  DEKALB COUNTY.

## FamilyViolence