IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

STATE OF GEORGIA,                          )

v.                                         )              CASE NO.: 13C54320-1

TREVOR HARDAWAY,                           )

        Defendant.                         )

**VERDICT OF THE JURY**

We the jury, find the Defendant:

As to Count 1:       _Not Guilty_

As to Count 2:       _Not Guilty_

As to Count 3:       _Not Guilty_

As to Count 4:       _Not Guilty_

As to Count 5:       _Not Guilty_

As to Count 6:       _Not Guilty_

As to Count 7:       _Not Guilty_

As to Count 8:       _Not Guilty_

As to Count 9:       _Not Guilty_

This _24th_ day of _June_ , 2014.

_Antoinette L Johnson_
FOREPERSON