IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICE OF GEORGIA
ATLANTA DIVISION

TREVOV HARDAWAY
    Plaintiff

v.

                        CIVIL ACTION

                        FILE NO. 1:15-cv-2806 ELB

DICKERSON,DESHAY AND
DIX. CHARLES

    Defendants

## PLAINTIFF'S STATEMENT OF DISPUTED MATERIAL FACTS TO TO WHICH THERE IS GENUINE ISSUE TO BE TRIED

Come Now Plaintiff in the above- styled action, Trevor Hardaway pursuant to Local Rule 56 and shows the Court his Statement of Disputed Material Facts to which there Is Genuine Issues To Be Tried.

1.

Whether these Defendants had probable to arrest him on January 1, 2013, **(See Hardaway Aff. @_20)**

2.

Whether these Defendants used excessive force against the Plaintiff doing their illegal arrest of the Plaintiff**(Hardaway Aff.@_28_).**

3.

Whether these Defendants or one of them presented themselves/himself at Ms. Calhoun's window they appeared at the car the Plaintiff was driving on January 1, 2013.**(Hardaway Aff. 14__).**

4.

Whether these Defendants eased the Plaintiff to the ground when he was put down after the officers ordered him to exited the car. (Defendant (Dix's incident report, Plaintiff exhibit 4)(Hardaway Aff. @20).

5.

Whether these Defendants caused injuries/damages to the Plaintiff when they threw the Plaintiff to the concrete breaking his jaw on January 1, 2013. (Hardaway Aff. @_20)

6.

Whether these Defendants illegally arrested the Plaintiff on January 1, 2013.( **Defendants' exhibit no._B,C,andD_)**

**7.**

Whether the Plaintiff is entitled to recover compensatory damages from Defendant Dix.

8.

Whether the Plaintiff is entitled to recover compensatory damages from Defendant, Dickerson.

9.

Whether the Plaintiff is entitled to recover punitive damages from Defendant Dix.

10.

Whether the Plaintiff is entitled to recover punitive damages from Defendant Dickerson.

11.

Whether Kristin Calhoun told the Defendants that the Plaintiff committed family violence/Battery against her on January 1, 2013.**(Kristin Calhoun trial transcript @ 12:5-7**

12.

Whether the Plaintiff obstructed Officer Dix on January 1, 2013.(The Plaintiff Aff. @_20_)

13.

Whether the Plaintiff obstructed Officer Dickerson on January 1, 2013. (Plaintiff Aff. @_20_)

14.

Whether the Plaintiff was drunk in public place at the QT gas station on January1, 2013. (Hardaway Aff. @_18)

15.

Whether Kirstin Calhoun was unconscious when Defendant Dix appeared at the Plaintiff's car on January 1, 2013.(Plaintiff Aff. @_14) (Kristin Calhoun Trial Transcript @11:22-25)

16.

Whether Defendant Dickerson gave false information in his affidavit to obtain an arrest warrant for the Plaintiff for the charge of Family Violence/Battery.( Dickerson affidavit, Defendants exhibit_1 Defendant exhibit C)

17.

Whether Defendant Dickerson observed the Plaintiff with Kristin Calhoun in a choke hold. ( Defendant Dickerson Affidavit Defendants exhibit C).

18.

Whether the Plaintiff committed simply battery against Kristin Calhoun on January 1, 2013. ( State Court of DeKalb County case number 13C054320-1B )

19.

Whether Defendant Dickerson charged Plaintiff with RESISTING ARREST on January 1, 2013. (State Court of DeKalb County case number 13C054320-1B )

20.

Whether Plaintiff committed the offense of BATTERY on January 1, 2013 by acting in a tumultuous manner toward Kristin Calhoun, whereby she was placed in reasonable fear of the safety of her life, limb, or health.( **(Defendant exhibit C)**

21.

Whether Plaintiff had blood on his mouth prior to the time the Defendants threw Plaintiff to the pavement. (Calhoun Trial transcript @_14:17-19)

22.

Whether Plaintiff committed simple battery against Kristin Calhoun on January 1, 2013 by intentionally making contact of an insulting and provoking of an insulting and provoking nature by grabbing her.(State Court of DeKalb County Case Number 13C054320-1B Defendants exhibit C)

23.

Whether there were plaintiff's blood on the pavement before the Defendants slammed the Plaintiff to the concrete breaking his jaw in three places. (Photos of the bleeding Plaintiff and blood on the ground around him; Plaintiff exhibit _5)

4

24.

Whether Defendant Dickerson admitted that the Plaintiff received injuries to his mouth and facial areas. (Dickerson report of the incident where Plaintiff received injuries to his mouth and face when he was thrown to the pavement. ( Dickerson report, Plaintiff exhibit 6)

25.

Whether Plaintiff wrote in her statement that the Plaintiff had injured her.**(Kristin Calhoun statement exhibit 7)**

26.

Whether Supervisor Burney's report explained why the officers used excessive force against the Plaintiff when he wrote it on January 2, 2013. ( DeKalb County use of force report, Plaintiff exhibit 8)

27.

Whether Kristin Calhoun told the Defendants in her statement on January 1, 2013, that the Plaintiff had harm her in any way. (Kristin Calhoun written statement, Plaintiff exhibit 6)

28.

Whether the Defendants ever tell the Plaintiff why they were placing him in handcuffs and what crime he had committed. (Dix Affidavit Defendants' Exhibit 1)Defendants exhibits 2 Dickerson's affidavit)

29.

Whether Kristin Calhoun told Defendant Dickerson that the Plaintiff put her in a CHOKEHOLD. ( Dickerson affidavit Defendants' exhibit 1)

30.

Whether Kristin told Officer Burney at the scene on January 1, 2013, that she had not received any injuries from the Plaintiff. (Officer Burney report, Plaintiff exhibit_8)

31.

Whether Kristin told Officer Burney that she did not want to pursue any charges against the Plaintiff, but she would give a statement of what happened. (Officer Burney report, Plaintiff Exhibit_8)

32.

Whether Officers Burney, Dickerson and Dix read and or were aware of the statement Kristin Calhoun wrote on January 1, 2013 explaining what had happened between the Plaintiff and Kristin Calhoun before they took the Plaintiff away to jail. Plaintiff exhibit 7)

This 28, day of December, 2016

Respectfully submitted,

/s/ C. VICTOR LONG, ESQ.
   C. Victor Long, Esq.
   Attorney for Plaintiffs
   Ga. Bar No.: 456950

Post Office Box 310928
Atlanta, Georgia 30331
(404) 349-4303ph
(404) 393-6866fx